Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

DEC 0 1 2022

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                       INDICTMENT NO. 6:22-CR-73-CHB

OMAR THOMAS WALA,
MICHAEL BASALYGA,
PHILBERT CAMPBELL,
VIENNA CAVANAUGH and
REINA CHIRINOS de URENA

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2320(a)(4)

Beginning in May 2017, the exact date unknown, and continuing through December 2022, in Clay County, Knox County, Laurel County and Shelby County, in the Eastern District of Kentucky, and elsewhere,

OMAR THOMAS WALA,
MICHAEL BASALYGA,
PHILBERT CAMPBELL,
VIENNA CAVANAUGH and
REINA CHIRINOS de URENA,

did intentionally conspire with each other and others to traffic in a counterfeit drug, that is, pills containing alprazolam and clonazolam, and knowingly using a counterfeit mark in connection with such drug, all in violation of 18 U.S.C. § 2320(a)(4).

## COUNT 2
## 18 U.S.C. § 2320(a)(4)

On or about November 15, 2022, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### OMAR THOMAS WALA,
### PHILBERT CAMPBELL and
### VIENNA CAVANAUGH,

aided and abetted by each other and others, did intentionally traffic in a counterfeit drug, that is, pills containing clonazolam, and knowingly using a counterfeit mark in connection with such drug, all in violation of 18 U.S.C. § 2320(a)(4).

## COUNT 3
## 18 U.S.C. § 2320(a)(4)

On or about October 31, 2022, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### OMAR THOMAS WALA,
### PHILBERT CAMPBELL, and
### VIENNA CAVANAUGH,

aided and abetted by each other and others, did intentionally traffic in a counterfeit drug, that is, pills containing clonazolam, and knowingly using a counterfeit mark in connection with such drug, all in violation of 18 U.S.C. § 2320(a)(4).

## COUNT 4
## 18 U.S.C. § 2320(a)(4)

On or about June 27, 2022, in Laurel County, in the Eastern District of Kentucky,

**OMAR THOMAS WALA,**

aided and abetted by others, did intentionally traffic in a counterfeit drug, that is, pills containing clonazolam, and knowingly using a counterfeit mark in connection with such drug, all in violation of 18 U.S.C. § 2320(a)(4).

## COUNT 5
## 18 U.S.C. § 2320(a)(4)

On or about September 11, 2021, in Laurel County, in the Eastern District of Kentucky,

**OMAR THOMAS WALA,**

aided and abetted by others, did intentionally traffic in a counterfeit drug, that is, pills containing clonazolam, and knowingly using a counterfeit mark in connection with such drug, all in violation of 18 U.S.C. § 2320(a)(4).

## COUNT 6
## 18 U.S.C. § 2320(a)(4)

On or about July 20, 2021, in Clay County, in the Eastern District of Kentucky,

**OMAR THOMAS WALA,**

aided and abetted by others, did intentionally traffic in a counterfeit drug, that is, pills containing clonazolam, and knowingly using a counterfeit mark in connection with such drug, all in violation of 18 U.S.C. § 2320(a)(4).

# FORFEITURE ALLEGATION
## 18 U.S.C. § 2323

1. By virtue of the commission of the felony offenses alleged in Counts 1 - 6 of this Indictment, **OMAR THOMAS WALA, MICHAEL BASALYGA, PHILBERT CAMPBELL, VIENNA CAVANAUGH and REINA CHIRINOS de URENA** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 18 U.S.C. § 2320 and any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the violations of 18 U.S.C. § 2320. Any and all interest that **OMAR THOMAS WALA, MICHAEL BASALYGA, PHILBERT CAMPBELL, VIENNA CAVANAUGH and REINA CHIRINOS de URENA** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2323.

2. The property to be forfeited includes, but is not limited to, the following:

### REAL PROPERTY

Real property known as 9904 NW 133 Street, Hialeah Gardens, Miami-Dade County, Florida

### VEHICLES

    a. A 2021 Mercedes Benz, VIN W1NYC7HJ7MX414981
    b. A 2021 Mercedes Benz, VIN W1NYC7HJ3MX418249
    c. A 2016 Toyota Highlander, VIN 5TDZKRFH6GS122081
    d. A 2016 Silver Nissan Altima, VIN 1N4AL3AP7GC190841
    e. A 2019 Jaguar F-Pace, VIN SADCJ2FX0KA365418

### CURRENCY

    a. Funds on deposit at JPMorgan Chase Bank account ending x0396 in the name of Omar Thomas Wala or Ericka Keller-Wala

b. Funds on deposit at JPMorgan Chase Bank account ending x6927 in the name of Omar Thomas Wala or Ericka Keller-Wala
c. Funds on deposit at JPMorgan Chase Bank account ending x7256 in the name of Brisa Builders Corp d/b/a/ Swiss Watch Wholesalers
d. Funds on deposit at JPMorgan Chase Bank account ending x0789 in the name of Brisa Builders Corp d/b/a/ Swiss Watch Wholesalers
e. Funds on deposit at JPMorgan Chase Bank account ending x9709 in the name of Brisa Builders Corp d/b/a/ Swiss Watch Wholesalers
f. $300,000 in funds in Morgan Stanley account ending x6408 in the name of Brisa Builders Corp c/o Ericka Keller

## CRYPTOCURRENCY

All funds – including cryptocurrencies, private keys, and recovery seeds – stored in or accessible via exchange-hosted wallets owned or controlled by **OMAR THOMAS WALA** or unhosted wallets in the possession or control of **OMAR THOMAS WALA**.

## JEWELRY

a. Rolex DayDate 40mm Rose Gold Chocolate Dial, Serial No. 7353U765
b. Rolex DayDate 40mm Rose Gold Chocolate Dial, Serial No. 6147R7Q2
c. Rolex DayDate 40mm Rose Gold Anniversary Dial, Serial No. 1644D977
d. Rolex SkyDweller Yellow Gold Champagne Dial, Serial No. 736LQ935
e. Rolex Oyster Perpetual 41mm Stainless Steel, Serial No. 7U088852
f. Rolex 28mm Ladies Two-Tone Rose Gold and Steel, Serial No. D24946
g. Rolex Diamond Jubilee, Serial No. A5W12108
h. Rolex Oyster, Serial No. 1K835518
i. Rolex Two-Tone Yellow Gold and Steel Full Diamond, Serial No. 1L7627A4
j. Rolex Daydate 40MM Rose Gold Anniversary Dial, Serial No. 1644D977
k. Rolex Daydate 40MM Rose Gold White Face, Serial No. 3Q1919GI
l. Rolex Skydweller Two-Tone Dial, Serial No. 1L762784
m. Rolex Datejust Diamond Jubilee, Serial No. A5W12108
n. Rolex Datejust Diamond Jubilee, Serial No. 323624X8
o. Rolex Datejust Rose/Steel Fluted, Serial No. 62D25241
p. Rolex Datejust Rose/Steel Wimbledon, Serial No. 0404Y6743
q. Rolex Datejust Two-Tone Dial, Serial No. D9V18338
r. Rolex Datejust Jubilee, Serial No. 7F613522
s. Rolex Daytona Rainbow Dial, Serial No. 32T53640

 t. Rolex 36MM, Serial No. 298340AX
 u. Rolex 41MM, Serial No. 33G64292
 v. Audemars Piguet Openworked Skeleton 41MM, Serial No. J30627
 w. Audemars Piguet Royal Oak, Serial No. I05250
 x. Audemars Piguet Royal Oak, Serial No. H77284
 y. Audemars Piguet Royal Oak, Serial No. H96497
 z. Audemars Piguet Royal Oak, Serial No. I67985
 aa. Patek Philippe 59801 AR, Serial No. 71154432
 bb. Richard Mille RM 11-03, Serial No. 1396
 cc. Richard Mille RM 030 RG MED, Serial No. 2752
 dd. Cartier Santos Skeleton, Serial No. 348622AX
 ee. Cartier Skeleton, Serial No. 348622AX
 ff. Cartier Two-Tone Rose Gold, Serial No. 293895BX
 gg. Cartier Two-Tone Yellow Gold, Serial No. 123600YX

**MONEY JUDGMENT**

A forfeiture money judgment in the amount of the proceeds obtained by the Defendants as a result of the aforesaid violations.

3. If any of the property listed above, as a result of any act or omission of the Defendants, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████

FOREPERSON

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1-6:** Not more than 20 years imprisonment, a fine of not more than $5,000,000 or twice the gross pecuniary gain from the offense to any person, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.